

**Service of Process Transmittal**
03/10/2022
CT Log Number 541202344

**Composite Exhibit "1"**

**TO:** Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** Process Served in Florida

**FOR:** Holiday CVS, L.L.C. (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MARIA FERNANDA PENATE SUAREZ // To: Holiday CVS, L.L.C. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 202233667CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/10/2022 at 04:11 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/10/2022, Expected Purge Date: 03/15/2022<br><br>Image SOP<br><br>Email Notification, Serviceof Process service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / VE



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Mar 10, 2022

**Server Name:** CHRISTOPHER YEOMAN

| Entity Served | HOLIDAY CVS |
|---|---|
| Case Number | 2022-33667 CA 01 |
| Jurisdiction | FL |



Filing # 144743009 E-Filed 02/28/2022 03:25:06 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR

MIAMI-DADE COUNTY, FLORIDA

MARIA FERNANDA PENATE SUAREZ,   CASE NO.: 2022-3667 CA 01

    Plaintiff,

vs.

HOLIDAY CVS, L.L.C., a Florida Limited
Liability Company.,

DATE 3/10/22
TIME 235pm
Served by C.Y. 6ps#262

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition, in the above styled cause upon the Defendant:

**Holiday CVS
By Serving Registered Agent:
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324**

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is:

**THE BORROW LAW FIRM- One Flagler Building- 14 NE 1st Ave, Suite 514, Miami, FL 33132**

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    **WITNESS** my hand and the seal of the Court on ___3/4/2022_____,
2022.

Harvey Ruvin
Clerk of Circuit Court
217043
By: _____
DEPUTY CLERK

(COURT SEAL)

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MARIA FERNANDA PENATE SUAREZ,   CASE NO.:

    Plaintiff,
vs.

HOLIDAY CVS, L.L.C., a Florida Limited
Liability Company.,

    Defendant.
_____/

## COMPLAINT

**COMES NOW** the Plaintiff, **MARIA FERNANDA PENATE SUAREZ,** by and through her undersigned counsel and hereby sues the Defendant, **HOLIDAY CVS, L.L.C., a Florida Limited Liability Company., (hereinafter referred to as "HOLIDAY CVS")** and allege as follows:

### GENERAL ALLEGATIONS

1.    That this is an action for damages in excess of THIRTY THOUSAND ($30,000.00) Dollars, exclusive of interest and costs.

2.    That at all times material hereto the Plaintiff, **MARIA FERNANDA PENATE SUAREZ,** is a resident of Miami-Dade County, Florida.

3.    That at all times material hereto, Defendant, **HOLIDAY CVS,** was and is a Florida Limited Lability Company authorized to do business and doing business in Miami-Dade County, Florida.

4.    That at all time's material hereto, Defendant, **HOLIDAY CVS,** owned, operated, maintained and/or otherwise controlled the premises/business located at 1549 South West, 107th Avenue, Miami, FL 33174.

## COUNT I
## PLAINTIFF, MARIA FERNANDA PENATE SUAREZ NEGLIGENCE CLAIM AGAINST DEFENDANT, HOLIDAY CVS, L.L.C., a Florida Limited Liability Company.

Plaintiff, **MARIA FERNANDA PENATE SUAREZ**, adopts, realleges and incorporates by reference paragraphs 1 through 4 and further allege:

5. That on or about July 2, 2020, Plaintiff, **MARIA FERNANDA PENATE SUAREZ**, was lawfully upon the premises/business owned, operated, maintained and/or otherwise controlled by the Defendant, **HOLIDAY CVS,** as an invitee/customer of **HOLIDAY CVS.**

6. At that time and place, Defendant, **HOLIDAY CVS**, negligently maintained, the cart corral within the premises in such way that caused a metal object to fall from said cart corral, striking the Plaintiff on her foot causing serious and permanent injuries.

7. The dangerous condition on the subject premises which caused the metal object to fall from the cart corral, as described herein above, was known to the Defendant, **HOLIDAY CVS**, or had existed for a sufficient length of time so that the Defendant, **HOLIDAY CVS,** should have known of it.

8. The Defendant, **HOLIDAY CVS**, was also negligent in one or more of the following ways in connection with the incident described hereinabove:

(a) By failing to warn the Plaintiff of the negligently maintained, cart corral, which resulted in the Plaintiff's foot injury and caused her to sustain serious and permanent damage;

(b) By failing to take appropriate measures to warn invitees/customers, such as the Plaintiff, of the possibility that the negligently maintained, cart corral and metal object might fall;

(c) by failing to conduct appropriate inspections of the negligently maintained, cart corral and metal object, located on the subject property;

(d) by failing to take remedial measures to correct/remove/replace the

negligently maintained, cart corral and metal object which existed in the premises in order to prevent the incident described hereinabove;

(e) by creating the dangerous conditions alleged above; and

9. As a direct and proximate result of the negligence of the Defendant, **HOLIDAY CVS**, Plaintiff, **MARIA FERNANDA PENATE SUAREZ**, suffered bodily injury and resulting pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, **MARIA FERNANDA PENATE SUAREZ**, demands judgment against the Defendant, **HOLIDAY CVS,** in an amount in excess of THIRTY THOUSAND DOLLARS ($30,000.00) together with post-judgment interests and lawful costs of this suit and a trial by jury of all issues triable as a matter of right by a jury.

### DEMAND FOR JURY TRIAL

Plaintiff, **MARIA FERNANDA PENATE SUAREZ**, hereby demand trial by jury of all issues so triable.

DATED THIS February 25, 2022.

By: s/Brett L. Borrow
Brett L. Borrow
Florida Bar No.: 0100341
Attorneys for Plaintiff
**THE BORROW LAW FIRM**
One Flagler Building
14 NE 1st Avenue, Suite 514
Miami, FL 33132
Telephone: (305) 859-1000
Facsimile: (305) 718-0633
Primary E-Mail: bborrow@borrowlaw.com
Secondary E-Mail: jrodriguez@borrowlaw.com

## RETURN OF SERVICE

State of Florida        County of Miami-Dade        Circuit Court

Case Number: 2022-3667-CA01

Plaintiff:
**MARIA FERNANDA PENATE SUAREZ**

vs.

Defendant:
**HOLIDAY CVS, L.L.C**

For:
Brett L Borrow
The Borrow Law Firm
14 Ne 1st Avenue
Suite 514
Miami, FL 33132

Received by DLE PROCESS SERVERS, INC. on the 9th day of March, 2022 at 4:00 pm to be served on **Holiday Cvs Registered Agent, CT Corporation System, 1200 S Pine Island Rd, Plantation, FL 33324.**

I, Chris Yeoman, do hereby affirm that on the **10th day of March, 2022** at **2:35 pm, I:**

SERVED the within named corporation by delivering a true copy of the **Summons, and Complaint** at the address of **1200 S Pine Island Rd, Plantation, FL 33324** with the date and hour endorsed thereon by me to, **MONICKA CREARY, INTAKE SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of Corporation, pursuant to F.S. 48.081 (3)(a).

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: BLACK, Height: 5'8", Weight: 130, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

Chris Yeoman
SPS #262

DLE PROCESS SERVERS, INC.
1750 Coral Way
Suite 300
Miami, FL 33145
(786) 220-9705

Our Job Serial Number: DLE-2022009975

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

Filing # 144743009 E-Filed 02/28/2022 03:25:06 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR

MIAMI-DADE COUNTY, FLORIDA

MARIA FERNANDA PENATE SUAREZ,    CASE NO.: 2022-3667 CA 01

      Plaintiff,
vs.

HOLIDAY CVS, L.L.C., a Florida Limited
Liability Company.,

      Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition, in the above styled cause upon the Defendant:

**Holiday CVS
By Serving Registered Agent:
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324**

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is:

**THE BORROW LAW FIRM- One Flagler Building- 14 NE 1st Ave, Suite 514, Miami, FL 33132**

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

      **WITNESS** my hand and the seal of the Court on ___3/4/2022_____,
2022.

                                                  Harvey Ruvin
                                                  Clerk of Circuit Court
                                                  217043
                                                  By:_____
(COURT SEAL)                                  DEPUTY CLERK